FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SA10-236 M |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Tansey, Brian J. ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __D. Oregon (case transf here)__, for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __background, cmty ties admitted unknown; bail resources unknown; substance abuse problem; conduct in not complying__

1 _with supervision conditions; history of_
2 _noncompliance w/supervision conditions_
3 and/or
4 B. [X] The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7 finding is based on _extensive criminal history record; gang_
8 _association; ~~substan.~~ history of_
9 _committing new crimes while_
10 _under supervision_
11
12
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED: __5/28/10__
17                                    ROBERT N. BLOCK
                                   UNITED STATES MAGISTRATE JUDGE